1
2
3
4
5
6
7

FILED & ENTERED

NOV 09 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch      DEPUTY CLERK

8

UNITED STATES BANKRUPTCY COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

RIVERSIDE DIVISION

11

12    In re:

13    FELIPE MELENDEZ and
     CARMEN RAMOS DE MELENDEZ,

14            Debtors.

Case No.: 6:21-bk-15355-WJ

CHAPTER 7

**SCHEDULING ORDER**

Hearing Date:
Date:   November 18, 2021
Time:   10:00 a.m.
Ctrm.:  304

15
16
17
18
19
20

21       A hearing is currently scheduled in this case for November 18, 2021 at 10:00 a.m.

22 regarding the amended motion of Carvana, LLC for relief from the automatic stay

23 [docket number 12]. No one has filed opposition to the motion and the deadline to do so has

24 passed. Having reviewed the case and the motion, the Court hereby finds that no oral argument is

25 necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court hereby

26 takes off calendar the hearing and waives appearances. No hearing shall occur.

27
28

1    For the reasons set forth in the unopposed motion, the Court finds that relief from the

2  automatic stay is appropriate and the Court is prepared to enter an order granting the motion with

3  the relief requested on page 5 in paragraphs 1, 2 and 6 of the prayer of the motion pursuant to

4  11 U.S.C. § 362(d)(1) & (d)(2).  Counsel for the moving party should submit a proposed order

5  with such relief within fourteen days.

6    This order takes off calendar the hearing.  It does not grant any relief.  A further order is

7  necessary.  If counsel does not submit a proposed order within fourteen days, the moving party

8  should assume the Court will follow LBR 9021-1(b)(1)(C) and assume the matter has been

9  abandoned and enter an order denying the motion. See LBR 9021-1(b)(1)(C) ("If no party submits

10  a proposed order, the Court may prepare and enter such order as it deems appropriate . . . .").

11  IT IS SO ORDERED.

12                                      ###

25

26

27  Date: November 9, 2021

28

_Wayne Johnson_
Wayne Johnson
United States Bankruptcy Judge